**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7161

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

DEVON L. ALEXANDER,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, District Judge.  (4:06-cr-00118-WDK-TEM-1)

Submitted:  December 16, 2010     Decided:  December 28, 2010

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Devon L. Alexander, Appellant Pro Se.  Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devon L. Alexander appeals the district court's orders denying his motion to dismiss his indictment and motion to reconsider. The district court also considered Alexander's motion as one for a new trial under Fed. R. Crim. P. 33. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Alexander</u>, No. 4:06-cr-00118-WDK-TEM-1 (E.D. Va. June 23, 2010 & July 13, 2010). We deny Alexander's motion to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>
